**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ALBERICI CONSTRUCTORS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 4:05CV2079 TCM** |
| | ) | |
| **RLI INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**IT IS HEREBY ORDERED** that a final pretrial conference shall be held in the instant matter pursuant to Fed. R. Civ. P. 16(a) on **May 10, 2007** at **9:00 a.m.** in the Chambers of the undersigned, Suite 13.156, to discuss the disposition of any pending motions and any other issues affecting trial of this matter.

**IT IS FURTHER ORDERED** that immediately following the pretrial conference, there shall be a demonstration to familiarize counsel with the operation of the evidence presentation equipment which may be used during the trial of this matter.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of April, 2007.